**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 304 MAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| ANATOLIY A. VENSKYY | : | |
| | : | |
| | : | |
| PETITION OF: THEODORA | : | |
| COSTOPOULES | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.